NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FO2GO LLC,**
*Plaintiff-Appellant*

**v.**

**PINTEREST, INC., SMUGMUG INC., TUMBLR, INC., YAHOO! INC.,**
*Defendants-Appellees*

---

2016-1903, 2016-1904, 2016-1905

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:15-cv-00097-RGA, 1:15-cv-00099-RGA, 1:15-cv-00101-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

DAVID R. BENNETT, Direction IP Law, Chicago, IL, argued for plaintiff-appellant. Also represented by STEPHEN BRAUERMAN, Bayard, P.A., Wilmington, DE.

MARK A. LEMLEY, Durie Tangri LLP, San Francisco, CA, argued for all defendants-appellees. Defendants-appellees Pinterest, Inc., Tumblr, Inc., Yahoo! Inc. also represented by RYAN M. KENT.

JERRY ROBIN SELINGER, Patterson & Sheridan LLP, Dallas, TX, for defendant-appellee SmugMug Inc.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2017                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court